FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT R. LYNCH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>REDOX CHEMICALS, LLC; COLTON MOON; and JARED SANNAR.<br><br>　　　　Defendants. | NO. 1:19-CV-03080-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is the parties' Joint Stipulated Motion to Dismiss with Prejudice, ECF No. 33. The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney's fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

　　　Accordingly, **IT IS ORDERED**:

　　　1. The parties' Joint Stipulated Motion to Dismiss with Prejudice, ECF No. 33, is **ACCEPTED** and **ENTERED into the record**.

　　　2. This matter is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

　　　3. The trial date and any remaining pretrial deadlines are **stricken**.

**ORDER OF DISMISSAL** * 1

4. Any pending motions are **dismissed as moot**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 14th day of May 2020.



                                        Stanley A. Bastian
                                  United States District Judge

**ORDER OF DISMISSAL \* 2**